

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

ROLAND X. DAVIS,           §          No. 08-23-00316-CR

         Appellant,    §          Appeal from

v.          §          187th Judicial District Court

THE STATE OF TEXAS,    §          of Bexar County, Texas

         Appellee.    §          (TC# 2020CR10708)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MAY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.